### 2151. SINGLETARY v. THE STATE.

RUSSELL, J. No error of law is complained of. While mere proof of a single act of fornication, or of even more than one such act, is insufficient to sustain a conviction of living in a state of fornication, the additional evidence in this case, considered in connection with the proof of sexual intercourse, fully authorized the conviction of the defendant. *Judgment affirmed.*

Accusation of fornication; from city court of Americus—Judge Crisp. August 3, 1909.

Submitted October 6, 1909.—Decided May 12, 1910.

*Howell B. Simmons*, for plaintiff in error.

*J. R. Williams, solicitor-general*, contra.

---

### 2237. WASHINGTON v. AUGUSTA LUMBER COMPANY.

HILL, C. J. The proximate cause of the injury, as shown by the petition, was the common negligence of the master and of a fellow servant of the plaintiff, in one of those employments as to which the common-law doctrine has not been abolished in this State. So far as the allegations of negligence chargeable to the master are concerned, the petition fails to show that the injured servant did not have equal means with the master of knowing, or even in fact that he did not know, of the existence of the conditions upon which the master's negligence is predicated. *Judgment affirmed.*

Action for damages; from city court of Millen—Judge Jones. September 22, 1909.

Argued December 21, 1909.—Decided May 12, 1910.

*Hill & Anderson*, for plaintiff.

*Travis & Travis, Gignilliat & Heidt*, for defendant.